

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-28-2004

# Citizens Fin Grp Inc v. Citizens Natl Bank

Precedential or Non-Precedential: Precedential

Docket No. 03-2868

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Citizens Fin Grp Inc v. Citizens Natl Bank" (2004). *2004 Decisions.* Paper 161.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/161

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 03-2868 and 03-3175
_____

CITIZENS FINANCIAL GROUP, INC.

v.

CITIZENS NATIONAL BANK OF EVANS CITY;
CITIZENS INC; CITIZENS NATIONAL BANK OF
SOUTHERN PENNSYLVANIA

Citizens National Bank of Evans City
and Citizens Inc.,
                    Appellants in 03-2868

Citizens Financial Group Inc,
                    Appellant in 03-3175


_____

Appeal from the United States District Court
For the Western District of Pennsylvania
D.C. No.: 01-cv-01524
District Judge: Honorable Donetta W. Ambrose
_____

Argued: April 21, 2004

Before: SCIRICA, Chief Judge, ROSENN and GREENBERG, Circuit Judges.

(Opinion Filed: September 9, 2004)
_____

ORDER  AMENDING  OPINION
_____

Page 17 of the opinion is amended by striking the following sentence:

1.	The judge apparently had received memoranda on the issue, but took no new testimony, evidence or oral argument.

BY THE COURT:


/s/ Max Rosenn, Circuit Judge

Dated:	October 28, 2004